DONALD T. FIFE
HAHN FIFE & COMPANY, LLP
1055 E. COLORADO BLVD., 5TH FL.
PASADENA, CA 91106
(626) 792-0855 PHONE
(626) 270-5701 FAX
dfife@hahnfife.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BASKETT, DAVID EARNEST<br><br>                    Debtor(s). | Case No. 9:22-bk-10011 RC<br><br>**Chapter 7**<br><br>**FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & EXPENSES FROM JULY 5, 2023 THROUGH JANUARY 29, 2024; DECLARATION OF DONALD T. FIFE**<br><br>DATE:    [TO BE SET]<br>TIME:    [TO BE SET]<br>PLACE:   [TO BE SET] |

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE:

## I.

## **INTRODUCTION**

1.   This case commenced on January 7, 2022, pursuant to a voluntary petition filed under Chapter 13 of the Bankruptcy Code by the Debtor, David Baskett. This case was

- 1 -

converted to a Chapter 7 and pursuant thereto, Jeremy W. Faith was appointed and qualified as the Chapter 7 Trustee.

2.    An Order authorizing Trustee to Employ Hahn Fife & Company LLP as accountants was filed on or about August 16, 2023, with an effective date of July 5, 2023.

## II.
## GENERAL DESCRIPTION OF SERVICE RENDERED

**1. Employment Application**

Time of 0.50 hour was expended and fees of $245.00 were incurred in the preparation of Applicant's Employment Application.

**2. Preparation and filing of Income Tax Returns**

Applicant prepared and filed both the Federal and California Fiduciary tax returns for the year ended October 31, 2023. The October 31, 2023 tax return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee from further tax filing responsibility and allowing the case to close.

Tax preparation work involved: preparation of trust accounting, search and review of prior tax records, analysis of the proceeds received by the Trustee, calculation of deductible administrative expenses and correspondence and communication with the Internal Revenue Service and the Franchise Tax Board, Trustee and other parties.

Applicant expended 2.50 hours and incurred $1,225.00 in fees in connection with tax preparation and processing services.

**3. Fee Application Preparation**

Time of .50 hour was expended and fees of $255.00 were incurred in drafting of the herein First and Final Fee Application for Reimbursement of Fees and Expenses.

**4. Benefits of Applicant's Work**

Applicant's services have been beneficial to the estate as the case cannot be closed without the preparation and filing of income tax returns.

- 2 -

**5. Ability to Pay Administrative Expenses**

Currently there is approximately $25,100.00 available to pay administrative expenses.

## III.

## COMPENSATION FOR PROFESSIONAL SERVICES

Attached hereto as Exhibit "A" is a true and correct copy of the applicant's billing statement, which details time and expenses relevant to this application. Pursuant to Bankruptcy Rule 2016, Donald T. Fife hereby declares that no agreement or understanding was made between Applicant and any other entity for the sharing of the compensation received, or to be received, for services rendered in connection with this case.

## IV.

## COSTS INCURRED

**1. Shipping and Delivery Expense**

Applicant incurred $78.30 in postage. Applicant's policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at the same time. In the event of a multiple mailing,

**2. Photocopying**

Applicant incurred $72.10 in photocopying. Applicant charges $0.10 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of the Federal and State tax returns.

**3. Tax Processing**

Applicant uses Lacerte Tax Software to prepare and file tax returns. Applicant is charged $105.00 for each year he prepares a fiduciary tax return. For the one year, Applicant was charged $105.00.

## V.

## CONCLUSION

WHEREFORE, Applicant requests that the Court issue an order awarding fees and costs incurred for the period July 5, 2023 through January 29, 2024. Applicant's fees for services incurred during said period total $1,725.00 and unreimbursed costs total $255.40. Applicant further requests that the Court authorize the Trustee to disburse $1,980.40 in total fees and costs.

Dated: 2/7/24

DONALD T. FIFE
HAHN FIFE & COMPANY LLP

# DECLARATION OF DONALD T. FIFE

I, <u>DONALD T. FIFE</u>, do hereby declare:

1. I am a certified public accountant duly licensed to practice in the State of California.

2. I have personal knowledge of the facts herein and if called upon to testify as a witness, I could and would competently testify as thereto.

3. I am the designated professional responsible for assuring compliance with the Office of the United States Trustee Guidelines related to billing. I have reviewed the herein First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") and I believe that all of the facts set forth herein are true and correct to comply with all applicable national and local bankruptcy rules.

4. The fee application herein complies with the United States Trustee Fee Guide.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 7TH day of FEBRUARY, 2024 at Pasadena, California.

DONALD T. FIFE
HAHN FIFE & COMPANY, LLP

## DETAILED SUMMARY OF FEES & EXPENSES

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **EMPLOYMENT APPLICATION** | | | |
| Donald T. Fife | $490.00 | 0.50 | $ 245.00 |
| **FEE APPLICATION** | | | |
| Donald T. Fife | $510.00 | 0.50 | $ 255.00 |
| **TAX PREPARATON** | | | |
| Donald T. Fife | $490.00 | 2.50 | $1,225.00 |
| | | **TOTAL FEES** | **$1,725.00** |
| **EXPENSES** | | | |
| Postage | | | $ 78.30 |
| Photocopying | | | $ 72.10 |
| Lacerte Tax Processing | | | $ 105.00 |
| | | **TOTAL EXPENSES** | **$ 255.40** |
| | | **TOTAL FEES AND EXPENSES REQUESTED** | **$1,980.40** |

# JEREMY FAITH, TRUSTEE
## BILLING DETAIL FOR PERIOD 07/05/23 TO 01/29/24

**BASKETT - EMPLOYMENT APPLICATION**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/23 | Donald T. Fife | Prepare employment application. | 0.50 | 245.00 |

**BASKETT – TAX PREPARATION**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/23 | Donald T. Fife | Preparation of tax return for the year ended 10/31/23. Prepare accompanying notes and prompt determination requests. | 2.50 | 1,225.00 |

**BASKETT – FEE APPLICATION**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/24 | Donald T. Fife | Draft first and final fee application. | 0.50 | 255.00 |
| | | **TOTALS** | **4.50** | **$1,725.00** |

- 7 -

**Hahn Fife & Company LLP**
1055 East Colorado Blvd., 5th Floor
Pasadena, California
91106
Telephone: (626) 792-0855
Facsimile: (626)-270-5701
e-mail: dfife@hahnfife.com

---

## Firm Statement of Qualifications

The Firm was formed in January of 2004 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

**Donald T. Fife, CPA**

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation. Mr. Fife has personally prepared and filed hundreds of bankruptcy estate tax returns.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 20 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Mr. Fife's rate is $510

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2-19-24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Michael B Clayton**   ygarcia@wedefend.net, salvarado@wedefend.net;mbclayton@wedefend.net
- **Jeremy W. Faith (TR)**   Trustee@MarguliesFaithlaw.com; Helen@MarguliesFaithLaw.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Christopher A, Minier**   cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- **Paul F Ready**   becky@farmerandready.com
- **J. Alexandra Rhim**   arhim@hrhlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2-19-24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / David Baskett / 485 Wilson Court / Santa Maria, CA 93455

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2-19-24 | Martha Quintero | /s/ Martha Quintero |
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              -9-                              F 9013-3.1.PROOF.SERVICE