DONALD T. FIFE
HAHN FIFE & COMPANY, LLP
1055 E. COLORADO BLVD., 5TH FL.
PASADENA, CA 91106
(626) 792-0855 PHONE
(626) 270-5701 FAX
dfife@hahnfife.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BASKETT, DAVID EARNEST<br><br>Debtor(s). | Case No. 9:22-bk-10011 RC<br><br>Chapter 7<br><br>DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & EXPENSES FROM JULY 5, 2023 THROUGH JANUARY 29, 2024<br><br>DATE:    [TO BE SET]<br>TIME:    [TO BE SET]<br>PLACE:  [TO BE SET] |

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE:

### DECLARATION OF JEREMY W. FAITH

I, <u>JEREMY W. FAITH</u>, do hereby declare:

1. I am a member of the Panel of Trustees for the Central District of California. I am the duly-appointed Chapter 7 Trustee for the Bankruptcy Estate of David Baskett.

- 1 -

2. I have reviewed the preceding First and Final Fee Application of Hahn Fife & Company, LLP. I am in accord with all statements found in the application and have no objection to any portion of said application.

3. This declaration is submitted in accordance with the United States Trustee Fee Guide.

4. I have no objections to the services performed, or to the fees and costs incurred by Hahn Fife & Company, LLP as stated in their application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2-19-2024

JEREMY W. FAITH
Chapter 7 Trustee

- 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2-19-24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Michael B Clayton**   ygarcia@wedefend.net, salvarado@wedefend.net;mbclayton@wedefend.net
- **Jeremy W. Faith (TR)**   Trustee@MarguliesFaithlaw.com; Helen@MarguliesFaithLaw.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Christopher A, Minier**   cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- **Paul F Ready**   becky@farmerandready.com
- **J. Alexandra Rhim**   arhim@hrhlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2-19-24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / David Baskett / 485 Wilson Court / Santa Maria, CA 93455

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2-19-24 | Martha Quintero | *(signed)* Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      -3-                                      F 9013-3.1.PROOF.SERVICE